1

2

3                                                              O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  STEPHEN A. WATSON,            )  Case No. CV 09-03436 DDP (JCx)
    individually, and on behalf  )
12  of himself and all other     )  **ORDER GRANTING MOTION TO DISMISS**
    similarly sitauted as to      )  **AND GRANTING 20 DAYS' LEAVE TO**
13  causes of Action Six and     )  **AMEND**
    Seven,                        )
14                                )  [Motion filed on May 19, 2009]
                    Plaintiff,    )
15                                )
         v.                       )
16                                )
17  BEKINS VAN LINES COMPANY;
    BEKINS MOVING SOLUTIONS,
    UNITED SECURITY INSURANCE
18  COMPANY; SIX & GEVING
    INSURANCE, INC.,
19
                    Defendants.
20  _____

21

22       This matter comes before the Court on Defendant Bekins Moving

23  Solutions, Inc.'s Motion to Dismiss, filed May 19, 2009.

24  Defendant's Motion seeks dismissal with prejudice.  On June 1,

25  2009, Plaintiff Stephen A. Watson filed his Notice of Non-

26  Opposition to the Motion to Dismiss, but requested that the Court

27  dismiss the action without prejudice and grant him 20 days to amend

28  his Complaint.

1    The Court dismisses Plaintiff's Complaint, and grants
2  Plaintiff 20 days' leave to amend.  Pursuant to Federal Rule of
3  Civil Procedure 15(a)(2), federal courts are instructed to "freely
4  give leave [to amend] when justice so requires."  Fed. R. Civ. P.
5  15(a)(2).  In its discretion, a district court may "deny leave to
6  amend 'due to undue delay, bad faith or dilatory motive on the part
7  of the movant, repeated failure to cure deficiencies by amendments
8  previously allowed, undue prejudice to the opposing party by virtue
9  of allowance of the amendment, and futility of amendment.'" <u>Zucco</u>
10 <u>Partners, LLC v. Digimarc Corp.</u>, 552 F.3d 981, 1007 (9th Cir. 2009)
11 (quoting <u>Leadsinger, Inc. v. BMG Music Publ'g</u>, 512 F.3d 522, 532
12 (9th Cir. 2008) (quotation marks and alterations in <u>Leadsinger</u>
13 omitted)).  Though the Court recognizes Defendant's arguments
14 regarding complete preemption and the artful pleading doctrine,
15 because Watson has not yet had the opportunity to amend his
16 complaint, the Court is not convinced that amendment would be
17 futile.  Accordingly, the Court dismisses Plaintiff's Complaint
18 with leave to amend.  Plaintiff shall file an Amended Complaint
19 within twenty (20) days of the date of this order.
20 IT IS SO ORDERED.
21
22
23 Dated: June 11, 2009
24                                    DEAN D. PREGERSON
                                      United States District Judge
25
26
27
28

2