JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN A. WATSON, individually, and on behalf of himself and all other similarly sitauted as to causes of Action Six and Seven,<br><br>        Plaintiff,<br><br>    v.<br><br>BEKINS VAN LINES COMPANY; BEKINS MOVING SOLUTIONS, UNITED SECURITY INSURANCE COMPANY; SIX & GEVING INSURANCE, INC.,<br><br>        Defendants.<br>_____ | Case No. CV 09-03436 DDP (JCx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

    IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 26, 2010

_____
DEAN D. PREGERSON
United States District Judge